UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRASNE V. TAYLOR,

    Plaintiff,

Case No. 10-cv-13432

v.

Paul D. Borman
United States District Judge

HANI HAMAT,

    Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT

This matter is before the Court on Plaintiff's motion to dismiss her Complaint. (Dkt. No. 14.) Plaintiff explains in her motion that she has been unable to locate necessary witnesses. Defendant has filed a response, consenting to the relief requested and seeking costs and fees of $500. (Dkt. No. 15.) Plaintiff proceeds *pro se* and *in forma pauperis*. The Court has considered the matter and GRANTS Plaintiff's motion to dismiss and DENIES Defendant's request for costs and fees. This case is dismissed without prejudice.

IT IS SO ORDERED.

                S/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: June 1, 2011

CERTIFICATE OF SERVICE

1

Copies of this Order were served on the attorneys of record by electronic means and:

**Krasne V Taylor**
11224 Brydan
#13
Taylor, MI 48180

by  U.S. Mail on June 1, 2011.

S/Denise Goodine
Case Manager